UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| LLOYD V. WARREN III, as an individual and as a representative of the class, | : | Case No. 10 Civ. 4718 (DAB) (AJP) |
| Plaintiff, | : | |
| -against- | : | **CORPORATE DISCLOSURE STATEMENT** |
| CHASE HOME FINANCE, LLC and JPMORGAN CHASE BANK, N.A., | : | |
| Defendants. | : | |

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Chase Home Finance, LLC and JPMorgan Chase Bank, N.A. certifies that Chase Home Finance LLC is a wholly owned subsidiary of Chase Home Finance, Inc., which is a wholly owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly owned subsidiary of JPMorgan Chase & Co.  No publically held corporation owns more than ten percent of JPMorgan Chase & Co.'s stock.

Dated: New York, New York
       July 9, 2010

                        LEVI LUBARSKY & FEIGENBAUM LLP

                        By:  s/_____
                            Andrea Likwornik Weiss
                            1185 Avenue of the Americas, 17th Floor
                            New York, New York 10036
                            (212) 308-6100
                            aweiss@llf-law.com