UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | | |
|---|---|---|
| LLOYD V. WARREN III, as an individual and as a representative of the class, | : | Case No. 10 Civ. 4718 (DAB) (AJP) |
| | : | |
| Plaintiff, | | |
| | : | |
| -against- | | |
| | : | **NOTICE OF MOTION** |
| CHASE HOME FINANCE, LLC and JPMORGAN CHASE BANK, N.A., | | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and upon all prior pleadings and proceedings previously had herein, defendants Chase Home Finance LLC and JPMorgan Chase Bank, N.A. (collectively, "Defendants") move this Court, as soon as counsel may be heard, for an Order granting Defendants (i) dismissal of Plaintiff's First Amended Complaint in its entirety for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and (ii) for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation of the parties entered by the Court (Dkt. No. 17), Plaintiff's opposition to the motion and answering memorandum shall be served on or before September 24, 2010; and Defendants' reply memorandum shall be served on or before October 5, 2010.

DATED: New York, New York
September 3, 2010

Respectfully submitted,

CHASE HOME FINANCE LLC and
JPMORGAN CHASE BANK, N.A.

By its attorneys,

/s/ _____
Andrea Likwornik Weiss
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Tel: (212) 308-6100
Fax: (212) 308-8830
aweiss@llf-law.com

LeAnn Pedersen Pope (admitted *Pro Hac Vice*)
Stephen R. Meinertzhagen (admitted *Pro Hac Vice*)
Andrew D. LeMar (admitted *Pro Hac Vice*)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Phone:  (312) 840-7000
Fax:     (312) 840-7900
lpope@burkelaw.com
smeinertzhagen@burkelaw.com
alemar@burkelaw.com